OUTPOST FARM AND NURSERY CORPORATION, Respondent, v. HARRY C. FISHER and CARTOONIST COURT, INC., Appellants.— Judgment unanimously affirmed pursuant to the provisions of section 584 of the Civil Practice Act, with costs. Clearly, the trial court erred in excluding defendants' Exhibit D for identification in view of its admission of plaintiff's Exhibit 15. In defendants' Exhibit D for identification defendants advanced the claim urged upon the trial and it may be deemed an answer to plaintiff's Exhibit 15, which latter is but a self-serving declaration. We affirm, however, under the provisions of section 584 for the reason that plaintiff's Exhibit 4, a letter written by the plaintiff to the defendants confirming " the verbal agreement " and produced by the defendants upon the trial, clearly sets forth the contract between the parties, since the letter was retained by the defendants without protest, knowing that the plaintiff was proceeding with the work with that understanding. The letter should have been received in evidence at its face value when offered and not subject to the limitations and restrictions of section 374-a of the Civil Practice Act. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CIPPOLA, Appellant.— Judgment of conviction of the County Court of Westchester county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID MILLER, Appellant.— Judgments of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. Upon further consideration of the facts and of the purpose of subdivision 5 of section 139 of the Sanitary Code,* we are of opinion that the decision of this court in *People* (*Complaint of Nelson*) v. *Levinson* (234 App. Div. 791) should not be followed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL F. SMITH, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Kapper, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., votes to affirm pursuant to the provisions of section 542 of the Code of Criminal Procedure.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SOLFANI, True Name JAMES SCLAFANI, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

ALBERT SALVATORE, Respondent, v. MARY S. REILLY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

* See Code of Ordinances of City of New York, chap. 20, § 139, subd. 5.— [REP.